# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-5120

_____

JERRY MEANS,

    Petitioner,

v.

MARK S. INCH, Secretary,
Florida Department of
Corrections,

    Respondent.

_____

Petition for Writ of Habeas Corpus—Original Jurisdiction.

October 21, 2019

PER CURIAM.

DISMISSED. *See Baker v. State*, 878 So. 2d 1236 (Fla. 2004).

WOLF, B.L. THOMAS, and ROWE, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jerry Means, pro se, Petitioner.

No appearance for Respondent.